## Decided December 22, 2016

| | | |
|---|---|---|
| Balyberdina, Matter of, v National Inst. for the Psychotherapies | 1st Dept: 138 AD3d 616 | denied |
| Behringer v 19407 Linden, LLC | 2d Dept: 139 AD3d 777 | denied |
| Bingham v 347 11th St., LLC | 2d Dept: 140 AD3d 686 | denied |
| Carver, Matter of, v Nassau County Interim Fin. Auth. | 2d Dept: 142 AD3d 1003 | denied |
| Clark, Matter of, v Annucci | 3d Dept: 142 AD3d 1211 | denied* |
| Donohue, Matter of, v Nassau County Interim Fin. Auth. | 2d Dept: 142 AD3d 1008 | denied |
| Essleiny A., Matter of (Rafael A.) | 1st Dept: 142 AD3d 862 | denied* |
| Hoffman v Colleluori | 2d Dept: 139 AD3d 900 | denied |
| IDS Prop. Cas. Ins. Co., Matter of, v Jagsarran | 1st Dept: 140 AD3d 465 | denied |
| Jaronczyk, Matter of, v Nassau County Interim Fin. Auth. | 2d Dept: 142 AD3d 1020 | denied |
| Koster v Davenport | 2d Dept: 142 AD3d 966 | denied |
| MP Cool Invs. Ltd. v Forkosh | 1st Dept: 142 AD3d 286 | denied |
| People v Arbi | 1st Dept: 143 AD3d 423 | denied* |
| People v Grabowski | 2d Dept: 142 AD3d 697 | denied |
| People v Hiram | 4th Dept: 142 AD3d 1304 | denied* |
| People v Sanderline | 2d Dept: 142 AD3d 1061 | denied* |
| People v Wellman | 1st Dept: 142 AD3d 879 | denied* |
| Revels v Schoeps | 1st Dept: 140 AD3d 661 | denied |
| Stebick v McGee | 4th Dept: 142 AD3d 1330 | denied |
| Wejs v Heinbockel | 2d Dept: 142 AD3d 990 | denied |
| Williams v Prudential Fin., Inc. | 1st Dept: 138 AD3d 643 | denied |

## Decided January 5, 2017

| | | |
|---|---|---|
| Broomfield, Matter of, v Evans | 2d Dept: 140 AD3d 748 | denied |
| Chavis, Matter of, v Fischer | 3d Dept: 140 AD3d 1489 | denied |
| Crispino, Matter of, v Chun | 2d Dept: 142 AD3d 1169 | denied* |
| Curto, Matter of, v State of N.Y. Dept. of Pub. Serv. | 3d Dept: 140 AD3d 1339 | denied |
| Desiree M., Matter of (Aythea M.) | 1st Dept: 143 AD3d 512 | denied* |
| Jayden Isaiah O., Matter of (Rossely R.-O.) | 1st Dept: 144 AD3d 465 | denied |
| Kittle, Matter of, v D'Amico | 3d Dept: 141 AD3d 991 | denied |

* Motion for poor person relief dismissed as academic or denied.